**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 18-7124

WISSAM T. HAMMOUD,

        Petitioner - Appellant,

    v.

BONITA MOSLEY, Warden,

        Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Richard Mark Gergel, District Judge. (5:17-cv-02433-RMG)

Submitted: December 20, 2018               Decided: December 27, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wissam T. Hammoud, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wissam T. Hammoud appeals the district court's order adopting the magistrate judge's recommendation and granting summary judgment to the Warden in Hammoud's 28 U.S.C. § 2241 (2012) action and the district court's subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Hammoud v. Mosley*, No. 5:17-cv-02433-RMG (D.S.C. July 30, 2018 & Aug. 30, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*